IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARETHA SIMMONS, et al. | ) | Case No. 1:14-cv-09042 |
| | ) | |
| Plaintiffs, | ) | Hon. Matthew F. Kennelly |
| | ) | |
| v. | ) | |
| | ) | |
| THE CITY OF CHICAGO, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' LIST OF EXHIBITS IN SUPPORT OF THEIR MOTION FOR DEFAULT JUDGMENT**

**Exhibit 1**  CITY-BG-022836-022838
**Exhibit 2**  CITY-BG-22795-22796
**Exhibit 3**  4/15/2016 Notification of Duty Restrictions for O'Keefe and Wrigley
**Exhibit 4**  CITY-BG-022813-022814
**Exhibit 5**  Wrigley Dep.
**Exhibit 6**  CITY-AS-023497-023498
**Exhibit 7**  CITY-AS-23416, Wrigley Oct. 2016 audio recording
**Exhibit 8**  March 29, 2009 Arbitration Award describing Unit 376
**Exhibit 9**  O'Keefe Dep.
**Exhibit 10**  CITY-AS-23417, O'Keefe October 2016 BIA audio recording
**Exhibit 11**  City's Amended Responses to Requests for Production
**Exhibit 12**  D. Noland 2/5/2018 Letter
**Exhibit 13**  CITY-AS-018166-67, CITY-AS-018171-72, and CITY-AS-018175
**Exhibit 14**  2/4/2018 email from K. Battle to S. Rauscher
**Exhibit 15**  Longo March 13, 2017 Report
**Exhibit 16**  2/1/2018 Minute Order in *Valez v. Frugoli*, Case No. 13-5626 (N.D. Ill.)