# Exhibit 1

# FACE SHEET (Notification Date: 21-JAN-2016) - LOG #1078961

Type: INFO, CONF

## Reporting Party Information

| Role | Name | Star No. | Emp No. | Unit No. | Position | Sex | Race | Address | Phone |
|---|---|---|---|---|---|---|---|---|---|
| NON-CPD | Reporting Party Third Party | HAMILTON, TORREYA L | - | - | - | - | FEMALE | UNKNOWN | BUSINESS: 53 W. JACKSON BLVD, Apt No. SUITE#452, CHICAGO, IL 60604 Beat 113 US | (312) 726-3173 |

## Incident Information

| Incident From Date/Time | Address Of Incident | Beat | District Of Occurrence | Location Code | Location Description |
|---|---|---|---|---|---|
| 18-NOV-2013 00:01 - 18-NOV-2013 00:01 | 2443 W. 58TH ST, CHICAGO, IL 60629 | 824 | 008 | 090 - APARTMENT | - |

## Accused Members

| | Role | Name | Star No. | Emp No. | Unit No. | Position | Status | Allegations |
|---|---|---|---|---|---|---|---|---|
| CPD Employee | Accused | WRIGLEY, JOHN | 7179 | | 019 / - | POLICE OFFICER | ON Duty | IT IS REPORTED THAT THE ACCUSED OFFICER ARRESTED THE VICTIM AND PLACED FALSE CHARGES AGAINST HIM. |
| CPD Employee | Accused | HOMER, JUSTIN | 10979 | | 011 / 211 | POLICE OFFICER | ON Duty | IT IS REPORTED THAT THE ACCUSED OFFICER ARRESTED THE VICTIM AND PLACED FALSE CHARGES AGAINST HIM. |
| CPD Employee | Accused | HEFEL, STEVEN | - | | 011 / 193 | POLICE OFFICER | ON Duty | IT IS REPORTED THAT THE ACCUSED OFFICER ARRESTED THE VICTIM AND PLACED FALSE CHARGES AGAINST HIM. |
| CPD Employee | Accused | Unknown | - | - | - | - | ON Duty | IT IS REPORTED THAT THE ACCUSED OFFICERS ARRESTED THE VICTIM AND PLACED FALSE CHARGES AGAINST HIM. |
| CPD Employee | Accused | SUING, MICHAEL | 17006 | | 214 / 211 | POLICE OFFICER | ON Duty | IT IS REPORTED THAT THE ACCUSED OFFICER ARRESTED THE VICTIM AND PLACED FALSE CHARGES AGAINST HIM. |
| CPD Employee | Accused | KINNANE, BRIAN | 1120 | | 006 / 211 | SERGEANT OF POLICE | ON Duty | IT IS REPORTED THAT THE ACCUSED SERGEANT ARRESTED THE VICTIM AND PLACED FALSE CHARGES AGAINST HIM. |
| CPD Employee | Accused | LAURIE, MICHAEL | 15108 | | 011 / 211 | POLICE OFFICER | ON Duty | IT IS REPORTED THAT THE ACCUSED OFFICER ARRESTED THE VICTIM AND PLACED FALSE CHARGES AGAINST HIM. |

## Incident Details

| | |
|---|---|
| CR Required? No | Manner Incident Received? Other - CIVIL SUIT |
| Confidential? Yes | Biased Language? No |
| Extraordinary Occurrence? No | Bias-Based Profiling? No |
| Police Shooting (U)? No | Alcohol Related? No |
| Non-Disciplinary Intervention No | Pursuit Related? No |
| Initial Assignment IAD | Violence in Workplace? No |
| Notify IAD Immediately? No | Domestic Violence? No |
| EEO Complaint No. | |

Civil Suit No. 15 CV 9354

**Notify Chief Administator?** No    **Notify Chief?** No
**Notify Coordinator?** No    **Notification Does Not Apply?** Yes
**Notification Other** No

### Initial Incident Category List

| Initial Incident Category | Primary? |
|---|---|
| 03D - ILLEGAL ARREST / FALSE ARREST | Yes |
| 05R - CIVIL SUITS - THIRD PARTY | No |

### Assignment History

| Assigned To | Assigned Team | Investigator | Assignment Date/Time | Assigned By | Reason |
|---|---|---|---|---|---|
| IAD | CONFIDENTIAL INVESTIGATION SECTION | FIELDS, RYAN (PRIMARY INV) | 03-MAY-2016 11:33 | O KELLY, PATRICK | - |
| IAD | CONFIDENTIAL INVESTIGATION SECTION | O KELLY, PATRICK (SUPERVISOR) | 08-APR-2016 13:08 | O KELLY, PATRICK | - |
| IAD | CONFIDENTIAL INVESTIGATION SECTION | WOLF, TIMOTHY (PRIMARY INV) | 08-APR-2016 13:08 | O KELLY, PATRICK | - |
| IAD | CONFIDENTIAL INVESTIGATION SECTION | - | 08-APR-2016 13:05 | DUNN, BRENDA | - |
| IAD | CENTRAL INVESTIGATIONS SECTION | VANNA, ROBERT (SUPERVISOR) | 10-FEB-2016 09:07 | SPELLMAN, JOHN | - |
| IAD | CENTRAL INVESTIGATIONS SECTION | PIONKE, JOSEPH (PRIMARY INV) | 10-FEB-2016 09:07 | SPELLMAN, JOHN | - |
| IAD | CENTRAL INVESTIGATIONS SECTION | STEHLIK, JOSEPH (SUPERVISOR) | 02-FEB-2016 11:46 | SPELLMAN, JOHN | - |
| IAD | CENTRAL INVESTIGATIONS SECTION | WARD, DAVINA (PRIMARY INV) | 02-FEB-2016 11:46 | SPELLMAN, JOHN | - |
| IAD | CENTRAL INVESTIGATIONS SECTION | - | 22-JAN-2016 09:30 | WATSON, JOHN | - |
| IAD | - | - | 21-JAN-2016 17:52 | STEWART, DENISE | - |

### Status History

☑ TIP Every employee included in the Status History is subject to be called for legal or administrative proceedings.

| Resulting Status | Status Date/Time | Created By | Position | Assigned/Detailed Unit | Comments |
|---|---|---|---|---|---|
| PENDING ASSIGN INVESTIGATOR | 08-APR-2016 13:06 | DUNN, BRENDA | SERGEANT OF POLICE | 121 / - | - |
| PENDING APPROVE TEAM | 08-APR-2016 13:05 | DUNN, BRENDA | SERGEANT OF POLICE | 121 / - | - |
| PENDING ASSIGN TEAM | 08-APR-2016 13:04 | DUNN, BRENDA | SERGEANT OF POLICE | 121 / - | per Cmdr Deenihan #449 reassign to CIS |
| PENDING ASSIGN INVESTIGATOR | 22-JAN-2016 11:04 | PAKULA, RICHARD | SERGEANT OF POLICE | 121 / - | - |
| PENDING APPROVE TEAM | 22-JAN-2016 09:30 | WATSON, JOHN | POLICE OFFICER | 121 / - | - |
| PENDING ASSIGN TEAM | 21-JAN-2016 20:30 | DEAN, BRUCE | SUPERVISING INV IPRA | 113 / - | - |
| PENDING SUPERVISOR REVIEW | 21-JAN-2016 18:13 | STEWART, DENISE | INTAKE AIDE | 113 / - | - |
| PRELIMINARY | 21-JAN-2016 17:52 | STEWART, DENISE | INTAKE AIDE | 113 / - | - |

Confidential - Subject to Protective Order Entered in 14 C 9042 8370: VIEW CITY-BG-022883
http://chris.chicagopolice.org/pls/clear5.p_rsco6.in2842079042 VIEW CITY-BG-022883/2016