# Exhibit 3

# NOTIFICATION OF DUTY RESTRICTIONS (SWORN MEMBERS)
## CHICAGO POLICE DEPARTMENT

**DATE:** 15 APR 16

**TO:**
- **NAME OF MEMBER:** O KEEFE, JOHN D
- **RANK:** PO
- **STAR NO.:** 18418
- **EMPLOYEE NO.:** [redacted]
- **UNIT OF ASSIGNMENT:** 312
- **COMMANDING OFFICER OF MEMBER:** DEPUTY CHIEF KEVIN NAVARRO
- **UNIT:** AREA SOUTH

**FROM:** CHIEF, BUREAU OF INTERNAL AFFAIRS

Pending the conclusion of the investigation of this Complaint Log Number and based on the authority vested in me by the Superintendent of Police, you are hereby directed and expressly ordered by me as follows:

(CHECK APPLICABLE BOX(ES) AND HAVE THE ACCUSED INITIAL IN THE SPACE FOLLOWING EACH BOX)

- [x] JOK  1. You are not to carry a firearm or any other weapon.
- [x] JOK  2. If so ordered by the courts to surrender firearms, it is your responsibility to immediately make arrangements to surrender any firearms in your possession.
- [x] JOK  3. You are not to exercise the power of arrest or any other police power bestowed upon you by virtue of your employment as a sworn member of the Chicago Police Department.
- [x] JOK  4. You are to surrender your Chicago Police Star, Shield and Identification Card as directed.
- [x] JOK  5. You are not to drive or operate any Departmental Transportation Equipment which will include but not be limited to: motor vehicle, watercraft, bicycle, or any electronic powered transportation equipment except as directed by your Commanding Officer.
- [x] JOK  6. You are not to attend or testify in any court in the capacity of a Chicago Police Officer unless subpoenaed.
- [x] JOK  7. You are to obey any orders given by any supervisor of the Chicago Police Department.
- [x] JOK  8. If incarcerated or held over to bond you will be carried in a no-pay status until you notify your unit of assignment of your choice to use elective or compensatory time.
- [x] JOK  9. You will report to (unit) 121 on 18 APR, 2016 at 1000 (hours) as ordered
- [x] JOK  10. DNA

**NOTE:** These duty restrictions do NOT relieve you of your court appearance responsibilities regarding your inability to attend court as set forth in the appropriate Department directives. In addition, you are to notify your Commanding Officer of any forthcoming court appearance, Grand Jury hearing or other governmental hearing in which you are the complainant or a witness or otherwise required to testify.

This order will continue until further notice. Violation of this order will subject you to disciplinary action and may be used as the basis to bring charges against you seeking separation.

I, JOHN O KEEFE, acknowledge having received the above stated order given by SGT J. FIEDLER #1989 on 15 APR 16 (DATE) at 1830 (TIME)

WITNESS: ___
SIGNATURE: [signed]

**TO COMMANDING OFFICER OF ABOVE MEMBER:** This is to inform you that the above listed Department member currently assigned to your command has been relieved of Police powers. The above listed restrictions have been placed on the member and will remain in effect until further notice. All supervisors of your command will be informed of the restrictions and will take immediate action if violations are noted. If the member is transferred or detailed to another unit within the Department, immediate notification will be made to the Bureau of Internal Affairs at 745-6125, PAX 0602.

**NOTE:** When a member notifies you of a forthcoming appearance in court, at a Grand Jury hearing or other governmental hearing as a complainant or witness, it will be your responsibility to notify the appropriate attorney of the member's duty restrictions and duty status.

| RECEIVED NAME | RANK | COMPLAINT LOG NO. |
|---|---|---|
|  |  | 1078961 |

| COMPLAINT CATEGORY/COMPLAINT CATEGORY DESCRIPTION |||
|---|---|---|

| DATE | TIME | ATTACHMENT NO. |
|---|---|---|

CPD-44.301 (Rev. 10/13) Distribution: Original (White) to Investigator's File, (Yellow Copy) to Commanding Officer, (Pink Copy) to Accused Member.

Case: 1:14-cv-09042 Document #: 302-4 Filed: 02/10/18 Page 2 of 3 PageID #:6258
Confidential - Subject to Protective Order Entered in 14 C 9042    CITY-AS-023420

# NOTIFICATION OF DUTY RESTRICTIONS (SWORN MEMBERS)
## CHICAGO POLICE DEPARTMENT

**DATE:** 15 APR 16

**TO:**

| NAME OF MEMBER | RANK | STAR NO. | EMPLOYEE NO. | UNIT OF ASSIGNMENT |
|---|---|---|---|---|
| JOHN WRIGLEY | P.O. | 7179 | [redacted] | 019 |

| COMMANDING OFFICER OF MEMBER | UNIT |
|---|---|
| ROBERT CESARIO | 019 |

**FROM:** CHIEF, BUREAU OF INTERNAL AFFAIRS

Pending the conclusion of the investigation of this Complaint Log Number and based on the authority vested in me by the Superintendent of Police, you are hereby directed and expressly ordered by me as follows:

(CHECK APPLICABLE BOX(ES) AND HAVE THE ACCUSED INITIAL IN THE SPACE FOLLOWING EACH BOX)

- [X] JW 1. You are not to carry a firearm or any other weapon.
- [X] JW 2. If so ordered by the courts to surrender firearms, it is your responsibility to immediately make arrangements to surrender any firearms in your possession.
- [X] JW 3. You are not to exercise the power of arrest or any other police power bestowed upon you by virtue of your employment as a sworn member of the Chicago Police Department.
- [X] JW 4. You are to surrender your Chicago Police Star, Shield and Identification Card as directed.
- [X] JW 5. You are not to drive or operate any Departmental Transportation Equipment which will include but not be limited to: motor vehicle, watercraft, bicycle, or any electronic powered transportation equipment except as directed by your Commanding Officer.
- [X] JW 6. You are not to attend or testify in any court in the capacity of a Chicago Police Officer unless subpoenaed.
- [X] JW 7. You are to obey any orders given by any supervisor of the Chicago Police Department.
- [X] JW 8. If incarcerated or held over to bond you will be carried in a no-pay status until you notify your unit of assignment of your choice to use elective or compensatory time.
- [X] JW 9. You will report to (unit) 121 on 18 APR, 2016 at 1130 (hours) as ordered
- [ ] ___ 10. _____

**NOTE:** These duty restrictions do NOT relieve you of your court appearance responsibilities regarding your inability to attend court as set forth in the appropriate Department directives. In addition, you are to notify your Commanding Officer of any forthcoming court appearance, Grand Jury hearing or other governmental hearing in which you are the complainant or a witness or otherwise required to testify.

This order will continue until further notice. Violation of this order will subject you to disciplinary action and may be used as the basis to bring charges against you seeking separation.

I, JOHN WRIGLEY, acknowledge having received the above stated order given by SGT J. FIEDLER #1985 on 15 APR 16 (DATE) at 2120 (TIME)

WITNESS: _____ SIGNATURE: [signed]

**TO COMMANDING OFFICER OF ABOVE MEMBER:** This is to inform you that the above listed Department member currently assigned to your command has been relieved of Police powers. The above listed restrictions have been placed on the member and will remain in effect until further notice.
All supervisors of your command will be informed of the restrictions and will take immediate action if violations are noted. If the member is transferred or detailed to another unit within the Department, immediate notification will be made to the Bureau of Internal Affairs at 745 - 6125, PAX 0602.
**NOTE:** When a member notifies you of a forthcoming appearance in court, at a Grand Jury hearing or other governmental hearing as a complainant or witness, it will be your responsibility to notify the appropriate attorney of the member's duty restrictions and duty status.

| RECEIVED NAME | RANK | COMPLAINT LOG NO. |
|---|---|---|
| | | 1078961 |

| COMPLAINT CATEGORY/COMPLAINT CATEGORY DESCRIPTION |
|---|
| |

| DATE | TIME | ATTACHMENT NO. |
|---|---|---|

Confidential - Subject to Protective Order Entered in 14 C 9042     CITY-AS-023421

CPD 44.301(Rev.10/13) **Distribution:** Original (White) to Investigator's File, (Yellow Copy) to Commanding Officer, (Pink Copy) to Accused Member.