# Exhibit 4

INVESTIGATIONS DIVISION                                              05 MAY 2017
Area North Investigations                                           CL No. 1080515

## FINDINGS - RECOMMENDATIONS

**ACCUSED #1:**   Police Officer John WRIGLEY, Star #7179, Employee #███   Unit 376

**Allegation #1:**   **SUSTAINED – Violation of Rule 2**
Any action or conduct which impedes the Department's efforts to achieve its
policy and goals or brings discredit upon the Department in that it has been
determined that that on 18 NOV 2013 at 1718 S. State Street, the accused,
Police Officer John Wrigley, Star #7179, Employee #███ Unit 376, submitted
a false report in that he related in a Chicago Police Department Original Case
Incident Report recorded under RD No. HW538925 that on 18 NOV 2013 at
approximately 1643 hours he observed Emmanuel Williams enter a building
located at 2443 W. 58th Street.

**SUSTAINED – Violation of Rule 14**
Making a false report, written or oral in that it has been determined that on 18
NOV 2013 at 1718 S. State Street, the accused, Police Officer John Wrigley, Star
#7179, Employee #███ Unit 376, submitted a false report in that he related
in a Chicago Police Department Original Case Incident Report recorded under
RD No. HW538925 that on 18 NOV 2013 at approximately 1643 hours he
observed Emmanuel Williams enter a building located at 2443 W. 58th Street.

**Allegation #2:**   **SUSTAINED – Violation of Rule 2**
Any action or conduct which impedes the Department's efforts to achieve its
policy and goals or brings discredit upon the Department in that it has been
determined that on 18 NOV 2013 at 1718 S. State Street, the accused, Police
Officer John Wrigley, Star #7179, Employee #███, Unit 376, submitted a false
report in that he related in the Arrest Report of Emmanuel Williams that on 18
NOV 2013 at approximately 1643 hours he observed Emmanuel Williams enter a
building located at 2443 W. 58th Street.

**SUSTAINED – Violation of Rule 14**
Making a false report, written or oral in that it has been determined that on 18
NOV 2013 at 1718 S. State Street, the accused, Police Officer John Wrigley, Star
#7179, Employee #███ Unit 376, submitted a false report in that he related
in the Arrest Report of Emmanuel Williams that on 18 NOV 2013 at
approximately 1643 hours he observed Emmanuel Williams enter a building
located at 2443 W. 58th Street.

**Allegation #3:**   **SUSTAINED – Violation of Rule 2**
Any action or conduct which impedes the Department's efforts to achieve its
policy and goals or brings discredit upon the Department in that it has been
determined that on 16 DEC 2014 and 17 DEC 2014 at 2600 S. California Ave. in
the Circuit Court of Cook County, Illinois, the accused, Police Officer John
Wrigley, Star #7179, Employee #███ Unit 376, made a false statement during

Confidential - Subject to Protective Order Entered in 14 C 9042                    CITY-BG-022809

INVESTIGATIONS DIVISION                                          05 MAY 2017
Area North Investigations                                        CL No. 1080515

sworn testimony in Case No. 14 CR 00264-01 in that he testified that on 18 NOV 2013 at approximately 1643 hours he observed Emmanuel Williams enter a building located at 2443 W. 58th Street.

**SUSTAINED – Violation of Rule 14**
Making a false report, written or oral in that it has been determined that on 16 DEC 2014 and 17 DEC 2014 at 2600 S. California Ave. in the Circuit Court of Cook County, Illinois, the accused, Police Officer John Wrigley, Star #7179, Employee #█████ Unit 376, made a false statement during sworn testimony in Case No. 14 CR 00264-01 in that he testified that on 18 NOV 2013 at approximately 1643 hours he observed Emmanuel Williams enter a building located at 2443 W. 58th Street.

**Allegation #4:  SUSTAINED – Violation of Rule 2**
Any action or conduct which impedes the Department's efforts to achieve its policy and goals or brings discredit upon the Department in that it has been determined that on 18 NOV 2013, 1718 S. State Street, Police Officer John Wrigley, Star #7179, Employee #█████ Unit 376, submitted a false report in that he related in a Chicago Police Department Original Case Incident Report recorded under RD No. HW538925 that on 18 NOV 2013 at approximately 1643 hours, that after being directed by his partner, Police Officer John O'Keefe, Star #18418, to the location of a garbage can located at 5800 S. Artesian Ave. P/O Wrigley immediately went to said garbage can, lifted it and retrieved a .38 Caliber handgun, a plastic bag containing fifteen (15) zip-lock baggies each containing suspect heroin and one plastic bag containing nine (9) zip-lock baggies each containing suspect cannabis.

**SUSTAINED – Violation of Rule 14**
Making a false report, written or oral in that it has been determined that on 18 NOV 2013, 1718 S. State Street, the accused, Police Officer John Wrigley, Star #7179, Employee #█████ Unit 376, submitted a false report in that he related in a Chicago Police Department Original Case Incident Report recorded under RD No. HW538925 that on 18 NOV 2013 at approximately 1643 hours, that after being directed by his partner, Police Officer John O'Keefe, Star #18418, to the location of a garbage can located at 5800 S. Artesian Ave. P/O Wrigley immediately went to said garbage can, lifted it and retrieved a .38 Caliber handgun, a plastic bag containing fifteen (15) zip-lock baggies each containing suspect heroin and one plastic bag containing nine (9) zip-lock baggies each containing suspect cannabis.

Confidential - Subject to Protective Order Entered in 14 C 9042                CITY-BG-022810

INVESTIGATIONS DIVISION                                          05 MAY 2017
Area North Investigations                                       CL No. 1080515

**Allegation #5:** **SUSTAINED – Violation of Rule 2**

Any action or conduct which impedes the Department's efforts to achieve its policy and goals or brings discredit upon the Department in that it has been determined that on 18 NOV 2013, 1718 S. State Street, the accused, Police Officer John Wrigley, Star #7179, Employee # █████ Unit 376, submitted a false report in that he related in the Arrest Report of Emmanuel Williams that on 18 NOV 2013 at approximately 1643 hours, that after being directed by his partner, Police Officer John O'Keefe, Star #18418, to the location of a garbage can located at 5800 S. Artesian Ave. P/O Wrigley immediately went to said garbage can, lifted it and retrieved a .38 Caliber handgun, a plastic bag containing fifteen (15) zip-lock baggies each containing suspect heroin and one plastic bag containing nine (9) zip-lock baggies each containing suspect cannabis.

**SUSTAINED – Violation of Rule 14**

Making a false report, written or oral in that it has been determined that on 18 NOV 2013, 1718 S. State Street, the accused, Police Officer John Wrigley, Star #7179, Employee # █████ Unit 376, submitted a false report in that he related in the Arrest Report of Emmanuel Williams that on 18 NOV 2013 at approximately 1643 hours, that after being directed by his partner, Police Officer John O'Keefe, Star #18418, to the location of a garbage can located at 5800 S. Artesian Ave. P/O Wrigley immediately went to said garbage can, lifted it and retrieved a .38 Caliber handgun, a plastic bag containing fifteen (15) zip-lock baggies each containing suspect heroin and one plastic bag containing nine (9) zip-lock baggies each containing suspect cannabis.

**Allegation #6:** **SUSTAINED – Violation of Rule 2**

Any action or conduct which impedes the Department's efforts to achieve its policy and goals or brings discredit upon the Department in that it has been determined that on 16 DEC 2014 and 17 DEC 2014 at 2600 S. California Ave. in the Circuit Court of Cook County, Illinois, the accused, Police Officer John Wrigley, Star #7179, Employee # █████ Unit 376, made a false statement during sworn testimony in Case No. 14 CR 00264-01 in that he testified that on 18 NOV 2013 at approximately 1643 hours, that after being directed by his partner, Police Officer John O'Keefe, Star #18418, to the location of a garbage can located at 5800 S. Artesian Ave. P/O Wrigley immediately went to said garbage can, lifted it and retrieved a .38 Caliber handgun, a plastic bag containing fifteen (15) zip-lock baggies each containing suspect heroin and one plastic bag containing nine (9) zip-lock baggies each containing suspect cannabis.

**SUSTAINED – Violation of Rule 14**

Making a false report, written or oral in that it has been determined that on 16 DEC 2014 and 17 DEC 2014 at 2600 S. California Ave. in the Circuit Court of Cook County, Illinois, the accused, Police Officer John Wrigley, Star #7179, Employee # █████ Unit 376, made a false statement during sworn testimony in Case No. 14 CR 00264-01 in that he testified that on 18 NOV 2013 at approximately 1643 hours, that after being directed by his partner, Police Officer John O'Keefe, Star

Confidential - Subject to Protective Order Entered in 14 C 9042                          CITY-BG-022811

**INVESTIGATIONS DIVISION**                                    **05 MAY 2017**
**Area North Investigations**                                  **CL No. 1080515**

#18418, to the location of a garbage can located at 5800 S. Artesian Ave. P/O Wrigley immediately went to said garbage can, lifted it and retrieved a .38 Caliber handgun, a plastic bag containing fifteen (15) zip-lock baggies each containing suspect heroin and one plastic bag containing nine (9) zip-lock baggies each containing suspect cannabis.

**Allegation #7:   SUSTAINED – Violation of Rule 2**

Any action or conduct which impedes the Department's efforts to achieve its policy and goals or brings discredit upon the Department in that it has been determined that on 18 NOV 2013, 1718 S. State Street, the accused, Police Officer John Wrigley, Star #7179, Employee #█████, Unit 376, submitted a false report in that he related in a Chicago Police Department Original Case Incident Report recorded under RD No. HW538925 that on 18 NOV 2013 at approximately 1643 hours that Emmanuel Williams was taken into custody after P/O Wrigley retrieved a .38 Caliber handgun, a plastic bag containing fifteen (15) zip-lock baggies each containing suspect heroin and one plastic bag containing nine (9) zip-lock baggies each containing suspect cannabis from underneath a garbage can located at approximately 5800 S. Artesian Ave.

**SUSTAINED – Violation of Rule 14**

Making a false report, written or oral in that it has been determined that on 18 NOV 2013, 1718 S. State Street, the accused, Police Officer John Wrigley, Star #7179, Employee #█████ Unit 376, submitted a false report in that he related in a Chicago Police Department Original Case Incident Report recorded under RD No. HW538925 that on 18 NOV 2013 at approximately 1643 hours that Emmanuel Williams was taken into custody after P/O Wrigley retrieved a .38 Caliber handgun, a plastic bag containing fifteen (15) zip-lock baggies each containing suspect heroin and one plastic bag containing nine (9) zip-lock baggies each containing suspect cannabis from underneath a garbage can located at approximately 5800 S. Artesian Ave.

**Allegation #8:   SUSTAINED – Violation of Rule 2**

Any action or conduct which impedes the Department's efforts to achieve its policy and goals or brings discredit upon the Department in that it has been determined that on 18 NOV 2013, 1718 S. State Street, the accused, Police Officer John Wrigley, Star #7179, Employee #█████ submitted a false report in that he related in the Arrest Report of Emmanuel Williams that on 18 NOV 2013 at approximately 1643 hours that Emmanuel Williams was taken into custody after P/O Wrigley retrieved a .38 Caliber handgun, a plastic bag containing fifteen (15) zip-lock baggies each containing suspect heroin and one plastic bag containing nine (9) zip-lock baggies each containing suspect cannabis from underneath a garbage can located at approximately 5800 S. Artesian Ave.

**SUSTAINED – Violation of Rule 14**

Making a false report, written or oral in that it has been determined that on 18 NOV 2013, 1718 S. State Street, the accused, Police Officer John Wrigley, Star #7179, Employee #█████ Unit 376, submitted a false report in that he related

Confidential - Subject to Protective Order Entered in 14 C 9042                              CITY-BG-022812

INVESTIGATIONS DIVISION                                        05 MAY 2017
Area North Investigations                                     CL No. 1080515

in the Arrest Report of Emmanuel Williams that on 18 NOV 2013 at
approximately 1643 hours that Emmanuel Williams was taken into custody after
P/O Wrigley retrieved a .38 Caliber handgun, a plastic bag containing fifteen (15)
zip-lock baggies each containing suspect heroin and one plastic bag containing
nine (9) zip-lock baggies each containing suspect cannabis from underneath a
garbage can located at approximately 5800 S. Artesian Ave.

**Allegation #9: SUSTAINED – Violation of Rule 2**
Any action or conduct which impedes the Department's efforts to achieve its
policy and goals or brings discredit upon the Department in that it has been
determined that on 16 DEC 2014 and 17 DEC 2014 at 2600 S. California Ave. in
the Circuit Court of Cook County, Illinois, the accused, Police Officer John
Wrigley, Star #7179, Employee #████████, Unit 376, made a false statement during
sworn testimony in Case No. 14 CR 00264-01 in that he testified that on 18 NOV
2013 at approximately 1643 hours that Emmanuel Williams was taken into
custody after P/O Wrigley retrieved a .38 Caliber handgun, a plastic bag
containing fifteen (15) zip-lock baggies each containing suspect heroin and one
plastic bag containing nine (9) zip-lock baggies each containing suspect cannabis
from underneath a garbage can located at approximately 5800 S. Artesian Ave.

**SUSTAINED – Violation of Rule 14**
Making a false report, written or oral in that it has been determined that on 16
DEC 2014 and 17 DEC 2014 at 2600 S. California Ave. in the Circuit Court of Cook
County, Illinois, the accused, Police Officer John Wrigley, Star #7179, Employee
#████████ Unit 376, made a false statement during sworn testimony in Case No.
14 CR 00264-01 in that he testified that on 18 NOV 2013 at approximately 1643
hours that Emmanuel Williams was taken into custody after P/O Wrigley
retrieved a .38 Caliber handgun, a plastic bag containing fifteen (15) zip-lock
baggies each containing suspect heroin and one plastic bag containing nine (9)
zip-lock baggies each containing suspect cannabis from underneath a garbage
can located at approximately 5800 S. Artesian Ave.

**Allegation #10: SUSTAINED – Violation of Rule 2**
Any action or conduct which impedes the Department's efforts to achieve its
policy and goals or brings discredit upon the Department in that it has been
determined that on 18 NOV 2013, 1718 S. State Street, the accused, Police
Officer John Wrigley, Star #7179, Employee #████████ Unit 376, submitted a false
report in that he related in a Chicago Police Department Original Case Incident
Report recorded under RD No. HW538925 that on 18 NOV 2013 at
approximately 1643 hours that Officer Wrigley recovered a set of keys belonging
to apartment 1E at 5800 S. Artesian Ave. from Emmanuel Williams subsequent
to a custodial search.

**SUSTAINED – Violation of Rule 14**
Making a false report, written or oral in that it has been determined that on 18
NOV 2013, 1718 S. State Street, the accused, Police Officer John Wrigley, Star
#7179, Employee #████████ Unit 376, submitted a false report in that he related

Confidential - Subject to Protective Order Entered in 14 C 9042                    CITY-BG-022813

**INVESTIGATIONS DIVISION**
**Area North Investigations**

**05 MAY 2017**
**CL No. 1080515**

in a Chicago Police Department Original Case Incident Report recorded under RD No. HW538925 that on 18 NOV 2013 at approximately 1643 hours that Officer Wrigley recovered a set of keys belonging to apartment 1E at 5800 S. Artesian Ave. from Emmanuel Williams subsequent to a custodial search.

**Allegation #11: SUSTAINED – Violation of Rule 2**

Any action or conduct which impedes the Department's efforts to achieve its policy and goals or brings discredit upon the Department in that it has been determined that on 18 NOV 2013, 1718 S. State Street, the accused, Police Officer John Wrigley, Star #7179, Employee # ███ Unit 376, submitted a false report in that he related in the Arrest Report of Emmanuel Williams that on 18 NOV 2013 at approximately 1643 hours that Officer Wrigley recovered a set of keys belonging to apartment 1E at 5800 S. Artesian Ave. from Emmanuel Williams subsequent to a custodial search.

**SUSTAINED – Violation of Rule 14**

Making a false report, written or oral in that it has been determined that on 18 NOV 2013, 1718 S. State Street, the accused, Police Officer John Wrigley, Star #7179, Employee # ███ Unit 376, submitted a false report in that he related in the Arrest Report of Emmanuel Williams that on 18 NOV 2013 at approximately 1643 hours that Officer Wrigley recovered a set of keys belonging to apartment 1E at 5800 S. Artesian Ave. from Emmanuel Williams subsequent to a custodial search.

**Allegation #12: SUSTAINED – Violation of Rule 2**

Any action or conduct which impedes the Department's efforts to achieve its policy and goals or brings discredit upon the Department in that it has been determined that on 16 DEC 2014 and 17 DEC 2014 at 2600 S. California Ave. in the Circuit Court of Cook County, Illinois, the accused, Police Officer John Wrigley, Star #7179, Employee # ███ Unit 376, made a false statement during sworn testimony in Case No. 14 CR 00264-01 in that he testified that on 18 NOV 2013 at approximately 1643 hours that Officer Wrigley recovered a set of keys belonging to apartment 1E at 5800 S. Artesian Ave. from Emmanuel Williams subsequent to a custodial search.

**SUSTAINED – Violation of Rule 14**

Making a false report, written or oral in that it has been determined that on 16 DEC 2014 and 17 DEC 2014 at 2600 S. California Ave. in the Circuit Court of Cook County, Illinois, the accused, Police Officer John Wrigley, Star #7179, Employee # ███ Unit 376, made a false statement during sworn testimony in Case No. 14 CR 00264-01 in that he testified that on 18 NOV 2013 at approximately 1643 hours that Officer Wrigley recovered a set of keys belonging to apartment 1E at 5800 S. Artesian Ave. from Emmanuel Williams subsequent to a custodial search.

Confidential - Subject to Protective Order Entered in 14 C 9042            CITY-BG-022814

INVESTIGATIONS DIVISION                                    05 MAY 2017
Area North Investigations                                  CL No. 1080515

**Allegation #13: SUSTAINED – Violation of Rule 2**

Any action or conduct which impedes the Department's efforts to achieve its policy and goals or brings discredit upon the Department in that it has been determined that the accused, Police Officer John Wrigley, Star #7179, Employee # ████ Unit 376, submitted false reports in that he consistently related a false time-line regarding the sequence of events, to wit; that he discovered and retrieved evidence of the crime before he recovered a set of keys from Emmanuel Williams. This false time-line was used to establish the probable cause for a custodial search of Emmanuel Williams.

**SUSTAINED – Violation of Rule 14**

Making a false report, written or oral in that it has been determined that the accused, Police Officer John Wrigley, Star #7179, Employee # ████ Unit 376, submitted false reports in that he consistently related a false time-line regarding the sequence of events, to wit; that he discovered and retrieved evidence of the crime before he recovered a set of keys from Emmanuel Williams. This false time-line was used to establish the probable cause for a custodial search of Emmanuel Williams.

**Allegation #14: SUSTAINED – Violation of Rule 2**

Any action or conduct which impedes the Department's efforts to achieve its policy and goals or brings discredit upon the Department in that it has been determined that on 16 DEC 2014 and 17 DEC 2014 at 2600 S. California Ave. in the Circuit Court of Cook County, Illinois, the accused, Police Officer John Wrigley, Star #7179, Employee # ████ Unit 376, made false statements during sworn testimony in Case No. 14 CR 00264-01 in that he testified that on 18 NOV 2013 at approximately 1643 hours that he discovered and retrieved a .38 Caliber handgun, a plastic bag containing fifteen (15) zip-lock baggies each containing suspect heroin and one plastic bag containing nine (9) zip-lock baggies each containing suspect cannabis from underneath a garbage can located at approximately 5800 S. Artesian Ave., prior to recovering a set of keys from Emmanuel Williams.

**SUSTAINED – Violation of Rule 14**

Making a false report, written or oral in that it has been determined that on 16 DEC 2014 and 17 DEC 2014 at 2600 S. California Ave. in the Circuit Court of Cook County, Illinois, the accused, Police Officer John Wrigley, Star #7179, Employee # ████ Unit 376, made false statements during sworn testimony in Case No. 14 CR 00264-01 in that he testified that on 18 NOV 2013 at approximately 1643 hours that he discovered and retrieved a .38 Caliber handgun, a plastic bag containing fifteen (15) zip-lock baggies each containing suspect heroin and one plastic bag containing nine (9) zip-lock baggies each containing suspect cannabis from underneath a garbage can located at approximately 5800 S. Artesian Ave., prior to recovering a set of keys from Emmanuel Williams.

Confidential - Subject to Protective Order Entered in 14 C 9042          CITY-BG-022815

INVESTIGATIONS DIVISION
Area North Investigations

05 MAY 2017
CL No. 1080515

**Allegation #15: SUSTAINED – Violation of Rule 2**
Any action or conduct which impedes the Department's efforts to achieve its policy and goals or brings discredit upon the Department in that it has been determined that on 18 NOV 2013 at approximately 1643 hours, at 5800 S. Artesian Ave, the accused, Police Officer John Wrigley, Star #7179, Employee # ███ Unit 376, falsely arrested Emmanuel Williams.

**SUSTAINED – Violation of Rule 14**
Making a false report, written or oral in that it has been determined that on 18 NOV 2013 at approximately 1643 hours, at 5800 S. Artesian Ave, the accused, Police Officer John Wrigley, Star #7179, Employee # ███ Unit 376, falsely arrested Emmanuel Williams.

**Allegation #16: SUSTAINED – Violation of Rule 2**
Any action or conduct which impedes the Department's efforts to achieve its policy and goals or brings discredit upon the Department in that it has been determined that on 17 OCT 2016, at 3510 S. Michigan Ave. in the offices of the Bureau of Internal Affairs, during his formal statement to Sergeant Assaf, P/O John Wrigley, Star #7179, Employee # ███ Unit 376, made a false statement, in that he related that the location of the garbage can under which he recovered items from on 18 NOV 2013, was adjacent to the building at 5800 S. Artesian Ave., rather than adjacent to the fence that runs along the sidewalk of Artesian Avenue. Said recovered items being; a 38 Caliber handgun, a plastic bag containing fifteen (15) zip-lock baggies each containing suspect heroin and one plastic bag containing nine (9) zip-lock baggies each containing suspect cannabis.

**SUSTAINED – Violation of Rule 14**
Making a false report, written or oral in that it has been determined that on 17 OCT 2016, at 3510 S. Michigan Ave. in the offices of the Bureau of Internal Affairs, during his formal statement to Sergeant Assaf, P/O John Wrigley, Star #7179, Employee # ███ Unit 376, made a false statement, in that he related that the location of the garbage can under which he recovered items from on 18 NOV 2013, was adjacent to the building at 5800 S. Artesian Ave., rather than adjacent to the fence that runs along the sidewalk of Artesian Avenue. Said recovered items being; a 38 Caliber handgun, a plastic bag containing fifteen (15) zip-lock baggies each containing suspect heroin and one plastic bag containing nine (9) zip-lock baggies each containing suspect cannabis.

## RECOMMENDATIONS

Based on the **SUSTAINED** finding and after taking into consideration the accused member's complimentary and disciplinary histories, the undersigned recommends that the Accused, Police Officer John WRIGLEY, Star #7179, Employee # ███ Unit 376 be **SEPARATED** from the Chicago Police Department.

Confidential - Subject to Protective Order Entered in 14 C 9042 CITY-BG-022816

INVESTIGATIONS DIVISION
Area North Investigations

05 MAY 2017
CL No. 1080515

**ACCUSED #2:**   Police Officer John OKEEFE, Star #18418, Employee # ▮▮▮▮ Unit 376

**Allegation #1:**   **SUSTAINED – Violation of Rule 2**
Any action or conduct which impedes the Department's efforts to achieve its policy and goals or brings discredit upon the Department in that it has been determined that on 18 NOV 2013 at 1718 S. State Street, the accused, Police Officer John O'Keefe, Star #18418, Employee # ▮▮▮▮ Unit 376, submitted a false report in that he related in a Chicago Police Department Original Case Incident Report recorded under RD No. HW538925 that on 18 NOV 2013 at approximately 1643 hours he observed Emmanuel Williams conducting hand-to-hand narcotics transactions.

**SUSTAINED – Violation of Rule 14**
Making a false report, written or oral in that it has been determined that on 18 NOV 2013 at 1718 S. State Street, the accused, Police Officer John O'Keefe, Star #18418, Employee # ▮▮▮▮ Unit 376, submitted a false report in that he related in a Chicago Police Department Original Case Incident Report recorded under RD No. HW538925 that on 18 NOV 2013 at approximately 1643 hours he observed Emmanuel Williams conducting hand-to-hand narcotics transactions.

**Allegation #2:**   **SUSTAINED – Violation of Rule 2**
Any action or conduct which impedes the Department's efforts to achieve its policy and goals or brings discredit upon the Department in that it has been determined that on 18 NOV 2013 at 1718 S. State Street, the accused, Police Officer John O'Keefe, Star #18418, Employee # ▮▮▮▮ Unit 376, submitted a false report in that he related in the Arrest Report of Emmanuel Williams that on 18 NOV 2013 at approximately 1643 hours he observed Emmanuel Williams conducting hand-to-hand narcotics transactions.

**SUSTAINED – Violation of Rule 14**
Making a false report, written or oral in that it has been determined that on 18 NOV 2013 at 1718 S. State Street, the accused, Police Officer John O'Keefe, Star #18418, Employee # ▮▮▮▮ Unit 376, submitted a false report in that he related in the Arrest Report of Emmanuel Williams that on 18 NOV 2013 at approximately 1643 hours he observed Emmanuel Williams conducting hand-to-hand narcotics transactions.

**Allegation #3:**   **SUSTAINED – Violation of Rule 2**
Any action or conduct which impedes the Department's efforts to achieve its policy and goals or brings discredit upon the Department in that it has been determined that on 24 NOV 2014 at 2600 S. California Ave. in the Circuit Court of Cook County, Illinois, the accused, Police Officer John O'Keefe, Star #18418, Employee # ▮▮▮▮ Unit 376, made a false statement during sworn testimony in Case No. 14 CR 00264-01 in that he testified that on 18 NOV 2013 at approximately 1643 hours he observed Emmanuel Williams conducting hand-to-hand narcotics transactions.

Confidential - Subject to Protective Order Entered in 14 C 9042   CITY-BG-022817

INVESTIGATIONS DIVISION
Area North Investigations

05 MAY 2017
CL No. 1080515

**SUSTAINED – Violation of Rule 14**
Making a false report, written or oral in that it has been determined that on 24 NOV 2014 at 2600 S. California Ave. in the Circuit Court of Cook County, Illinois, the accused, Police Officer John O'Keefe, Star #18418, Employee # ███ Unit 376, made a false statement during sworn testimony in Case No. 14 CR 00264-01 in that he testified that on 18 NOV 2013 at approximately 1643 hours he observed Emmanuel Williams conducting hand-to-hand narcotics transactions.

**Allegation #4: SUSTAINED – Violation of Rule 2**
Any action or conduct which impedes the Department's efforts to achieve its policy and goals or brings discredit upon the Department in that it has been determined that on 18 NOV 2013, 1718 S. State Street, the accused, Police Officer John O'Keefe, Star #18418, Employee # ███ Unit 376, submitted a false report in that he related in a Chicago Police Department Original Case Incident Report recorded under RD No. HW538925 that on 18 NOV 2013 at approximately 1643 hours, he directed his partner, Police Officer John Wrigley, Star #7179, to the location of a garbage can located at 5800 S. Artesian Ave. at which point P/O Wrigley immediately went to said garbage can, lifted it and retrieved a .38 Caliber handgun, a plastic bag containing fifteen (15) zip-lock baggies each containing suspect heroin and one plastic bag containing nine (9) zip-lock baggies each containing suspect cannabis.

**SUSTAINED – Violation of Rule 14**
Making a false report, written or oral in that it has been determined that on 18 NOV 2013, 1718 S. State Street, the accused, Police Officer John O'Keefe, Star #18418, Employee # ███ Unit 376, submitted a false report in that he related in a Chicago Police Department Original Case Incident Report recorded under RD No. HW538925 that on 18 NOV 2013 at approximately 1643 hours, he directed his partner, Police Officer John Wrigley, Star #7179, to the location of a garbage can located at 5800 S. Artesian Ave. at which point P/O Wrigley immediately went to said garbage can, lifted it and retrieved a .38 Caliber handgun, a plastic bag containing fifteen (15) zip-lock baggies each containing suspect heroin and one plastic bag containing nine (9) zip-lock baggies each containing suspect cannabis.

**Allegation #5: SUSTAINED – Violation of Rule 2**
Any action or conduct which impedes the Department's efforts to achieve its policy and goals or brings discredit upon the Department in that it has been determined that on 18 NOV 2013, 1718 S. State Street, the accused, Police Officer John O'Keefe, Star #18418, Employee # ███ Unit 376, submitted a false report in that he related in the Arrest Report of Emmanuel Williams that on 18 NOV 2013 at approximately 1643 hours, he directed his partner, Police Officer John Wrigley, Star #7179, to the location of a garbage can located at 5800 S. Artesian Ave. at which point P/O Wrigley immediately went to said garbage can, lifted it and retrieved a .38 Caliber handgun, a plastic bag containing fifteen (15) zip-lock baggies each containing suspect heroin and one

Confidential - Subject to Protective Order Entered in 14 C 9042                CITY-BG-022818

INVESTIGATIONS DIVISION
Area North Investigations

05 MAY 2017
CL No. 1080515

plastic bag containing nine (9) zip-lock baggies each containing suspect cannabis.

**SUSTAINED – Violation of Rule 14**
Making a false report, written or oral in that it has been determined that on 18 NOV 2013, 1718 S. State Street, the accused, Police Officer John O'Keefe, Star #18418, Employee #████ Unit 376, submitted a false report in that he related in the Arrest Report of Emmanuel Williams that on 18 NOV 2013 at approximately 1643 hours, he directed his partner, Police Officer John Wrigley, Star #7179, to the location of a garbage can located at 5800 S. Artesian Ave. at which point P/O Wrigley immediately went to said garbage can, lifted it and retrieved a .38 Caliber handgun, a plastic bag containing fifteen (15) zip-lock baggies each containing suspect heroin and one plastic bag containing nine (9) zip-lock baggies each containing suspect cannabis.

**Allegation #6:** **SUSTAINED – Violation of Rule 2**
Any action or conduct which impedes the Department's efforts to achieve its policy and goals or brings discredit upon the Department in that it has been determined that on 24 NOV 2014 at 2600 S. California Ave. in the Circuit Court of Cook County, Illinois, the accused, Police Officer John O'Keefe, Star #18418, Employee #████ Unit 376, made a false statement during sworn testimony in Case No. 14 CR 00264-01 in that he testified that on 18 NOV 2013 at approximately 1643 hours, he directed his partner, Police Officer John Wrigley, Star #7179, to the location of a garbage can located at 5800 S. Artesian Ave. at which point P/O Wrigley immediately went to said garbage can, lifted it and retrieved a .38 Caliber handgun, a plastic bag containing fifteen (15) zip-lock baggies each containing suspect heroin and one plastic bag containing nine (9) zip-lock baggies each containing suspect cannabis.

**SUSTAINED – Violation of Rule 14**
Making a false report, written or oral in that it has been determined that on 24 NOV 2014 at 2600 S. California Ave. in the Circuit Court of Cook County, Illinois, the accused, Police Officer John O'Keefe, Star #18418, Employee #████ Unit 376, made a false statement during sworn testimony in Case No. 14 CR 00264-01 in that he testified that on 18 NOV 2013 at approximately 1643 hours, he directed his partner, Police Officer John Wrigley, Star #7179, to the location of a garbage can located at 5800 S. Artesian Ave. at which point P/O Wrigley immediately went to said garbage can, lifted it and retrieved a .38 Caliber handgun, a plastic bag containing fifteen (15) zip-lock baggies each containing suspect heroin and one plastic bag containing nine (9) zip-lock baggies each containing suspect cannabis.

Confidential - Subject to Protective Order Entered in 14 C 9042
CITY-BG-022819

INVESTIGATIONS DIVISION
Area North Investigations

05 MAY 2017
CL No. 1080515

Allegation #7: **SUSTAINED – Violation of Rule 2**
Any action or conduct which impedes the Department's efforts to achieve its policy and goals or brings discredit upon the Department in that it has been determined that on 18 NOV 2013, 1718 S. State Street, the accused, Police Officer John O'Keefe, Star #18418, Employee # ▇▇▇ Unit 376, submitted a false report in that he related in a Chicago Police Department Original Case Incident Report recorded under RD No. HW538925 that on 18 NOV 2013 at approximately 1643 hours that Emmanuel Williams was taken into custody after his partner P/O Wrigley retrieved a .38 Caliber handgun, a plastic bag containing fifteen (15) zip-lock baggies each containing suspect heroin and one plastic bag containing nine (9) zip-lock baggies each containing suspect cannabis from underneath a garbage can located at approximately 5800 S. Artesian Ave.

**SUSTAINED – Violation of Rule 14**
Making a false report, written or oral in that it has been determined that on 18 NOV 2013, 1718 S. State Street, the accused, Police Officer John O'Keefe, Star #18418, Employee # ▇▇▇ Unit 376, submitted a false report in that he related in a Chicago Police Department Original Case Incident Report recorded under RD No. HW538925 that on 18 NOV 2013 at approximately 1643 hours that Emmanuel Williams was taken into custody after his partner P/O Wrigley retrieved a .38 Caliber handgun, a plastic bag containing fifteen (15) zip-lock baggies each containing suspect heroin and one plastic bag containing nine (9) zip-lock baggies each containing suspect cannabis from underneath a garbage can located at approximately 5800 S. Artesian Ave.

Allegation #8: **SUSTAINED – Violation of Rule 2**
Any action or conduct which impedes the Department's efforts to achieve its policy and goals or brings discredit upon the Department in that it has been determined that on 18 NOV 2013, 1718 S. State Street, the accused, Police Officer John O'Keefe, Star #18418, Employee # ▇▇▇ Unit 376, submitted a false report in that he related in the Arrest Report of Emmanuel Williams that on 18 NOV 2013 at approximately 1643 hours that Emmanuel Williams was taken into custody after his partner P/O Wrigley retrieved a .38 Caliber handgun, a plastic bag containing fifteen (15) zip-lock baggies each containing suspect heroin and one plastic bag containing nine (9) zip-lock baggies each containing suspect cannabis from underneath a garbage can located at approximately 5800 S. Artesian Ave.

**SUSTAINED – Violation of Rule 14**
Making a false report, written or oral in that it has been determined that on 18 NOV 2013, 1718 S. State Street, the accused, Police Officer John O'Keefe, Star #18418, Employee # ▇▇▇ Unit 376, submitted a false report in that he related in the Arrest Report of Emmanuel Williams that on 18 NOV 2013 at approximately 1643 hours that Emmanuel Williams was taken into custody after his partner P/O Wrigley retrieved a .38 Caliber handgun, a plastic bag containing fifteen (15) zip-lock baggies each containing suspect heroin and one plastic bag

Confidential - Subject to Protective Order Entered in 14 C 9042   CITY-BG-022820

**INVESTIGATIONS DIVISION**
**Area North Investigations**

**05 MAY 2017**
**CL No. 1080515**

containing nine (9) zip-lock baggies each containing suspect cannabis from underneath a garbage can located at approximately 5800 S. Artesian Ave.

**Allegation #9:** **SUSTAINED – Violation of Rule 2**
Any action or conduct which impedes the Department's efforts to achieve its policy and goals or brings discredit upon the Department in that it has been determined that on 24 NOV 2014 at 2600 S. California Ave. in the Circuit Court of Cook County, Illinois, the accused, Police Officer John O'Keefe, Star #18418, Employee # ███████ Unit 376, made a false statement during sworn testimony in Case No. 14 CR 00264-01 in that he testified that on 18 NOV 2013 at approximately 1643 hours that Emmanuel Williams was taken into custody after his partner P/O Wrigley retrieved a .38 Caliber handgun, a plastic bag containing fifteen (15) zip-lock baggies each containing suspect heroin and one plastic bag containing nine (9) zip-lock baggies each containing suspect cannabis from underneath a garbage can located at approximately 5800 S. Artesian Ave.

**SUSTAINED – Violation of Rule 14**
Making a false report, written or oral in that it has been determined that on 24 NOV 2014 at 2600 S. California Ave. in the Circuit Court of Cook County, Illinois, the accused, Police Officer John O'Keefe, Star #18418, Employee # ███████ Unit 376, made a false statement during sworn testimony in Case No. 14 CR 00264-01 in that he testified that on 18 NOV 2013 at approximately 1643 hours that Emmanuel Williams was taken into custody after his partner P/O Wrigley retrieved a .38 Caliber handgun, a plastic bag containing fifteen (15) zip-lock baggies each containing suspect heroin and one plastic bag containing nine (9) zip-lock baggies each containing suspect cannabis from underneath a garbage can located at approximately 5800 S. Artesian Ave.

**Allegation #10:** **SUSTAINED – Violation of Rule 2**
Any action or conduct which impedes the Department's efforts to achieve its policy and goals or brings discredit upon the Department in that it has been determined that on 18 NOV 2013, 1718 S. State Street, the accused, Police Officer John O'Keefe, Star #18418, Employee # ███████ Unit 376, submitted a false report in that he related in a Chicago Police Department Original Case Incident Report recorded under RD No. HW538925 that on 18 NOV 2013 at approximately 1643 hours that his partner Officer Wrigley recovered a set of keys belonging to apartment 1E at 5800 S. Artesian Ave. from Emmanuel Williams subsequent to a custodial search.

**SUSTAINED – Violation of Rule 14**
Making a false report, written or oral in that it has been determined that on 18 NOV 2013, 1718 S. State Street, the accused, Police Officer John O'Keefe, Star #18418, Employee # ███████ Unit 376, submitted a faise report in that he related in a Chicago Police Department Original Case Incident Report recorded under RD No. HW538925 that on 18 NOV 2013 at approximately 1643 hours that his partner Officer Wrigley recovered a set of keys belonging to apartment 1E at

Confidential - Subject to Protective Order Entered in 14 C 9042 CITY-BG-022821

INVESTIGATIONS DIVISION
Area North Investigations

**05 MAY 2017**
**CL No. 1080515**

5800 S. Artesian Ave. from Emmanuel Williams subsequent to a custodial search.

### Allegation #11: SUSTAINED – Violation of Rule 2

Any action or conduct which impedes the Department's efforts to achieve its policy and goals or brings discredit upon the Department in that it has been determined that on 18 NOV 2013, 1718 S. State Street, the accused, Police Officer John O'Keefe, Star #18418, Employee # ███ Unit 376, submitted a false report in that he related in the Arrest Report of Emmanuel Williams that on 18 NOV 2013 at approximately 1643 hours that his partner Officer Wrigley recovered a set of keys belonging to apartment 1E at 5800 S. Artesian Ave. from Emmanuel Williams subsequent to a custodial search.

### SUSTAINED – Violation of Rule 14

Making a false report, written or oral in that it has been determined that on 18 NOV 2013, 1718 S. State Street, the accused, Police Officer John O'Keefe, Star #18418, Employee # ███ Unit 376, submitted a false report in that he related in the Arrest Report of Emmanuel Williams that on 18 NOV 2013 at approximately 1643 hours that his partner Officer Wrigley recovered a set of keys belonging to apartment 1E at 5800 S. Artesian Ave. from Emmanuel Williams subsequent to a custodial search.

### Allegation #12: SUSTAINED – Violation of Rule 2

Any action or conduct which impedes the Department's efforts to achieve its policy and goals or brings discredit upon the Department in that it has been determined that on 24 NOV 2014 at 2600 S. California Ave. in the Circuit Court of Cook County, Illinois, the accused, Police Officer John O'Keefe, Star #18418, Employee # ███ Unit 376, made a false statement during sworn testimony in Case No. 14 CR 00264-01 in that he testified that on 18 NOV 2013 at approximately 1643 hours that Officer Wrigley recovered a set of keys belonging to apartment 1E at 5800 S. Artesian Ave. from Emmanuel Williams subsequent to a custodial search.

### SUSTAINED – Violation of Rule 14

Making a false report, written or oral in that it has been determined that on 24 NOV 2014 at 2600 S. California Ave. in the Circuit Court of Cook County, Illinois, the accused, Police Officer John O'Keefe, Star #18418, Employee # ███ Unit 376, made a false statement during sworn testimony in Case No. 14 CR 00264-01 in that he testified that on 18 NOV 2013 at approximately 1643 hours that Officer Wrigley recovered a set of keys belonging to apartment 1E at 5800 S. Artesian Ave. from Emmanuel Williams subsequent to a custodial search.

Confidential - Subject to Protective Order Entered in 14 C 9042

INVESTIGATIONS DIVISION
Area North Investigations

05 MAY 2017
CL No. 1080515

**Allegation #13: SUSTAINED – Violation of Rule 2**

Any action or conduct which impedes the Department's efforts to achieve its policy and goals or brings discredit upon the Department in that it has been determined that the accused, Police Officer John O'Keefe, Star #18418, Employee # ███ Unit 376, submitted false reports in that he consistently related a false time-line regarding the sequence of events, to wit; that his partner, P/O Wrigley discovered and retrieved evidence of the crime before he recovered a set of keys from Emmanuel Williams. This false time-line was used to establish the probable cause for a custodial search of Emmanuel Williams.

**SUSTAINED – Violation of Rule 14**

Making a false report, written or oral in that it has been determined that the accused, Police Officer John O'Keefe, Star #18418, Employee # ███ Unit 376, submitted false reports in that he consistently related a false time-line regarding the sequence of events, to wit; that his partner, P/O Wrigley discovered and retrieved evidence of the crime before he recovered a set of keys from Emmanuel Williams. This false time-line was used to establish the probable cause for a custodial search of Emmanuel Williams.

**Allegation #14: SUSTAINED – Violation of Rule 2**

Any action or conduct which impedes the Department's efforts to achieve its policy and goals or brings discredit upon the Department in that it has been determined that on 24 NOV 2014 at 2600 S. California Ave. in the Circuit Court of Cook County, Illinois, that the accused, Police Officer John O'Keefe, Star #18418, Employee # ███ Unit 376, made a false statement during sworn testimony in Case No. 14 CR 00264-01 relative to the sequence of events in that he testified that on 18 NOV 2013 at approximately 1643 hours that Officer Wrigley discovered and retrieved a .38 Caliber handgun, a plastic bag containing fifteen (15) zip-lock baggies each containing suspect heroin and one plastic bag containing nine (9) zip-lock baggies each containing suspect cannabis from underneath a garbage can located at approximately 5800 S. Artesian Ave., prior to recovering a set of keys from Emmanuel Williams.

**SUSTAINED – Violation of Rule 14**

Making a false report, written or oral in that it has been determined that on 24 NOV 2014 at 2600 S. California Ave. in the Circuit Court of Cook County, Illinois, that the accused, Police Officer John O'Keefe, Star #18418, Employee # ███ Unit 376, made a false statement during sworn testimony in Case No. 14 CR 00264-01 relative to the sequence of events in that he testified that on 18 NOV 2013 at approximately 1643 hours that Officer Wrigley discovered and retrieved a .38 Caliber handgun, a plastic bag containing fifteen (15) zip-lock baggies each containing suspect heroin and one plastic bag containing nine (9) zip-lock baggies each containing suspect cannabis from underneath a garbage can located at approximately 5800 S. Artesian Ave., prior to recovering a set of keys from Emmanuel Williams.

Confidential - Subject to Protective Order Entered in 14 C 9042

INVESTIGATIONS DIVISION

Area North Investigations

05 MAY 2017

CL No. 1080515

**Allegation #15: SUSTAINED – Violation of Rule 2**

Any action or conduct which impedes the Department's efforts to achieve its policy and goals or brings discredit upon the Department in that it has been determined that on 18 NOV 2013, 1718 S. State Street, the accused, Police Officer John O'Keefe, Star #18418, Employee # ▇▇▇ Unit 376, submitted a false report in that he related in a Chicago Police Department Original Case Incident Report recorded under RD No. HW538925 that on 18 NOV 2013 at approximately 1643 hours he observed Emmanuel Williams retrieve a handgun from his waistband and place the handgun underneath a garbage can located at 5800 S. Artesian Ave.

**SUSTAINED – Violation of Rule 14**

Making a false report, written or oral in that it has been determined that on 18 NOV 2013, 1718 S. State Street, the accused, Police Officer John O'Keefe, Star #18418, Employee # ▇▇▇ Unit 376, submitted a false report in that he related in a Chicago Police Department Original Case Incident Report recorded under RD No. HW538925 that on 18 NOV 2013 at approximately 1643 hours he observed Emmanuel Williams retrieve a handgun from his waistband and place the handgun underneath a garbage can located at 5800 S. Artesian Ave.

**Allegation #16: SUSTAINED – Violation of Rule 2**

Any action or conduct which impedes the Department's efforts to achieve its policy and goals or brings discredit upon the Department in that it has been determined that on 18 NOV 2013, 1718 S. State Street, the accused, Police Officer John O'Keefe, Star #18418, Employee # ▇▇▇ Unit 376, submitted a false report in that he related in the Arrest Report of Emmanuel Williams that on 18 NOV 2013 at approximately 1643 hours he observed Emmanuel Williams retrieve a handgun from his waistband and place the handgun underneath a garbage can located at 5800 S. Artesian Ave.

**SUSTAINED – Violation of Rule 14**

Making a false report, written or oral in that it has been determined that on 18 NOV 2013, 1718 S. State Street, the accused, Police Officer John O'Keefe, Star #18418, Employee # ▇▇▇ Unit 376, submitted a false report in that he related in the Arrest Report of Emmanuel Williams that on 18 NOV 2013 at approximately 1643 hours he observed Emmanuel Williams retrieve a handgun from his waistband and place the handgun underneath a garbage can located at 5800 S. Artesian Ave.

Confidential - Subject to Protective Order Entered in 14 C 9042

CITY-BG-022824

INVESTIGATIONS DIVISION
Area North Investigations

**05 MAY 2017**
**CL No. 1080515**

**Allegation #17: SUSTAINED – Violation of Rule 2**

Any action or conduct which impedes the Department's efforts to achieve its policy and goals or brings discredit upon the Department in that it has been determined that on 24 NOV 2014 and 16 DEC 2014 at 2600 S. California Ave. in the Circuit Court of Cook County, Illinois, that the accused, Police Officer John O'Keefe, Star #18418, Employee # ▆▆▆ Unit 376, made a false statement during sworn testimony in Case No. 14 CR 00264-01 in that testified that on 18 NOV 2013 at approximately 1643 hours he observed Emmanuel Williams retrieve a handgun from his waistband and place the handgun underneath a garbage can located at 5800 S. Artesian Ave.

**SUSTAINED – Violation of Rule 14**

Making a false report, written or oral in that it has been determined t that on 24 NOV 2014 and 16 DEC 2014 at 2600 S. California Ave. in the Circuit Court of Cook County, Illinois, that the accused, Police Officer John O'Keefe, Star #18418, Employee # ▆▆▆ Unit 376, made a false statement during sworn testimony in Case No. 14 CR 00264-01 in that testified that on 18 NOV 2013 at approximately 1643 hours he observed Emmanuel Williams retrieve a handgun from his waistband and place the handgun underneath a garbage can located at 5800 S. Artesian Ave.

**Allegation #18: SUSTAINED – Violation of Rule 2**

Any action or conduct which impedes the Department's efforts to achieve its policy and goals or brings discredit upon the Department in that it has been determined that on 16 DEC 2014 at 2600 S. California Ave. in the Circuit Court of Cook County, Illinois, that the accused, Police Officer John O'Keefe, Star #18418, Employee # ▆▆▆ Unit 376, made a false statement during sworn testimony in Case No. 14 CR 00264-01 in that he testified that on 18 NOV 2013 at approximately 1643 hours that he did not observe Emmanuel Williams go towards his vehicle.

**SUSTAINED – Violation of Rule 14**

Making a false report, written or oral in that it has been determined t that on 16 DEC 2014 at 2600 S. California Ave. in the Circuit Court of Cook County, Illinois, that the accused, Police Officer John O'Keefe, Star #18418, Employee # ▆▆▆ Unit 376, made a false statement during sworn testimony in Case No. 14 CR 00264-01 in that he testified that on 18 NOV 2013 at approximately 1643 hours that he did not observe Emmanuel Williams go towards his vehicle.

Confidential - Subject to Protective Order Entered in 14 C 9042                    CITY-BG-022825

INVESTIGATIONS DIVISION                                          05 MAY 2017
Area North Investigations                                       CL No. 1080515

### Allegation #19: SUSTAINED – Violation of Rule 2

Any action or conduct which impedes the Department's efforts to achieve its policy and goals or brings discredit upon the Department in that it has been determined that on 16 DEC 2014 at 2600 S. California Ave. in the Circuit Court of Cook County, Illinois, that the accused, Police Officer John O'Keefe, Star #18418, Employee # ▇▇▇▇ Unit 376, made a false statement during sworn testimony in Case No. 14 CR 00264-01 in that he testified that on 18 NOV 2013 at approximately 1643 hours that he did not observe a vehicle belonging to Emmanuel Williams at 5800 S. Artesian Ave.

### SUSTAINED – Violation of Rule 14

Making a false report, written or oral in that it has been determined t that on 16 DEC 2014 at 2600 S. California Ave. in the Circuit Court of Cook County, Illinois, that the accused, Police Officer John O'Keefe, Star #18418, Employee #▇▇▇▇ Unit 376, made a false statement during sworn testimony in Case No. 14 CR 00264-01 in that he testified that on 18 NOV 2013 at approximately 1643 hours that he did not observe a vehicle belonging to Emmanuel Williams at 5800 S. Artesian Ave.

### Allegation #20: SUSTAINED – Violation of Rule 2

Any action or conduct which impedes the Department's efforts to achieve its policy and goals or brings discredit upon the Department in that it has been determined that on 16 DEC 2014 at 2600 S. California Ave. in the Circuit Court of Cook County, Illinois, that the accused, Police Officer John O'Keefe, Star #18418, Employee # ▇▇▇▇ Unit 376, made a false statement during sworn testimony in Case No. 14 CR 00264-01 in that he testified that on 18 NOV 2013 at approximately 1643 hours that he did not search a vehicle belonging to Emmanuel Williams.

### SUSTAINED – Violation of Rule 14

Making a false report, written or oral in that it has been determined t that on 16 DEC 2014 at 2600 S. California Ave. in the Circuit Court of Cook County, Illinois, that the accused, Police Officer John O'Keefe, Star #18418, Employee #▇▇▇▇ Unit 376, made a false statement during sworn testimony in Case No. 14 CR 00264-01 in that he testified that on 18 NOV 2013 at approximately 1643 hours that he did not search a vehicle belonging to Emmanuel Williams.

Confidential - Subject to Protective Order Entered in 14 C 9042              CITY-BG-022826

INVESTIGATIONS DIVISION
Area North Investigations

05 MAY 2017
CL No. 1080515

**Allegation #21: SUSTAINED – Violation of Rule 2**

Any action or conduct which impedes the Department's efforts to achieve its policy and goals or brings discredit upon the Department in that it has been determined that on 18 NOV 2013 at approximately 1643 hours, at 5800 S. Artesian Ave, the accused, , Police Officer John O'Keefe, Star #18418, Employee # █████ Unit 376, falsely arrested Emmanuel Williams.

**SUSTAINED – Violation of Rule 14**

Making a false report, written or oral in that it has been determined t that on 18 NOV 2013 at approximately 1643 hours, at 5800 S. Artesian Ave, the accused, , Police Officer John O'Keefe, Star #18418, Employee # █████ Unit 376, falsely arrested Emmanuel Williams.

**Allegation #22: SUSTAINED – Violation of Rule 2**

Any action or conduct which impedes the Department's efforts to achieve its policy and goals or brings discredit upon the Department in that it has been determined that on 18 OCT 2016, at 3510 S. Michigan Ave. in the offices of the Bureau of Internal Affairs, during his formal statement to Sergeant Assaf, P/O John O'Keefe, Star #18418, Employee # █████ Unit 376, made a false statement, in that he related that the location of the garbage can under which his partner, John Wrigley, recovered items from on 18 NOV 2013, was adjacent to the building at 5800 S. Artesian Ave., rather than adjacent to the fence that runs along the sidewalk of Artesian Avenue. Said recovered items being; a 38 Caliber handgun, a plastic bag containing fifteen (15) zip-lock baggies each containing suspect heroin and one plastic bag containing nine (9) zip-lock baggies each containing suspect cannabis.

**SUSTAINED – Violation of Rule 14**

Making a false report, written or oral in that it has been determined t that on 18 OCT 2016, at 3510 S. Michigan Ave. in the offices of the Bureau of Internal Affairs, during his formal statement to Sergeant Assaf, P/O John O'Keefe, Star #18418, Employee # █████ Unit 376, made a false statement, in that he related that the location of the garbage can under which his partner, John Wrigley, recovered items from on 18 NOV 2013, was adjacent to the building at 5800 S. Artesian Ave., rather than adjacent to the fence that runs along the sidewalk of Artesian Avenue. Said recovered items being; a 38 Caliber handgun, a plastic bag containing fifteen (15) zip-lock baggies each containing suspect heroin and one plastic bag containing nine (9) zip-lock baggies each containing suspect cannabis.

## RECOMMENDATIONS

Based on the **SUSTAINED** finding and after taking into consideration the accused member's complimentary and disciplinary histories, the undersigned recommends that the Accused, Police Officer John OKEEFE, Star #18418, Employee # ████, Unit 376 be **SEPARATED** from the Chicago Police Department.

Confidential - Subject to Protective Order Entered in 14 C 9042          CITY-BG-022827

INVESTIGATIONS DIVISION
Area North Investigations

05 MAY 2017
CL No. 1080515

**ACCUSED #3:**   Sergeant Brian KINNANE, Star #1120, Employee #▮▮▮ Unit 311

**Allegation #1:**   SUSTAINED – Violation of Rule 2

Any action or conduct which impedes the Department's efforts to achieve its policy and goals or brings discredit upon the Department in that it has been determined that on 22 DEC 2014 at 2600 S. California Ave. in the Circuit Court of Cook County, Illinois, the accused, Sergeant Brian Kinnane, Star #1120, Employee #▮▮▮ Unit 211, carelessly made a false statement during sworn testimony in Case No. 14 CR 00264-01 in that he was not prepared and erroneously testified that on 18 NOV 2013 he arrived on the scene of the arrest of Emmanuel Williams at 5800 S. Artesian Ave. between 1830 and 1900 hours.

SUSTAINED – Violation of Rule 10

Inattention to duty in that it has been determined that on 22 DEC 2014 at 2600 S. California Ave. in the Circuit Court of Cook County, Illinois, the accused, Sergeant Brian Kinnane, Star #1120, Employee #▮▮▮ Unit 211, carelessly made a false statement during sworn testimony in Case No. 14 CR 00264-01 in that he was not prepared and erroneously testified that on 18 NOV 2013 he arrived on the scene of the arrest of Emmanuel Williams at 5800 S. Artesian Ave. between 1830 and 1900 hours.

**Allegation #2:**   UNFOUNDED

**Allegation #3:**   UNFOUNDED

**Allegation #4:**   UNFOUNDED

**Allegation #5:**   UNFOUNDED

**Allegation #6:**   UNFOUNDED

## RECOMMENDATIONS

Based on the **SUSTAINED** finding and after taking into consideration the accused member's complimentary and disciplinary histories, the undersigned recommends that the Accused, Sergeant Brian KINNANE, Star #1120, Employee #▮▮▮ Unit 311 be **SUSPENDED** for a period of (10) TEN DAYS.

Confidential - Subject to Protective Order Entered in 14 C 9042          CITY-BG-022828

INVESTIGATIONS DIVISION                          05 MAY 2017
Area North Investigations                        CL No. 1080515

Date Initiated:        18 MAY 2016
Date Completed:        05 APR 2017
Elapsed Time:          322 DAYS

Sgt. Majed Assaf #1778
Bureau of Internal Affairs
Investigations Division
Area North Investigations

APPROVED:

Commanding Officer – Levester Denham
Lieutenant
Bureau of Internal Affairs – Investigations Division

Robert Klimas
Commander
Bureau of Internal Affairs – Investigations Division

Page 21

Confidential - Subject to Protective Order Entered in 14 C 9042          CITY-BG-022829