# Exhibit 6

Bureau of Internal Affairs　　　　　　　　　　　　　　15 Apr 2016
Area South Investigations　　　　　　　　　　　　　　Log #1078961

TO:　　　　　　　Chief Eddie L. WELCH III
　　　　　　　　　Bureau of Internal Affairs

FROM:　　　　　Sergeant James FIEDLER #1989
　　　　　　　　　Bureau of Internal Affairs

SUBJECT:　　　Relief of Police Powers

ACCUSED:　　　Police Officer John OKEEFE Star #18418/ Employee
　　　　　　　　　#▮▮▮▮ / Date of Birth: ▮▮▮▮ 1976 /Date of Appointment: 28
　　　　　　　　　Oct 2002 / Assigned to Unit#312

　　　　　　　　　Police Officer John WRIGLEY Star #7179 / Employee
　　　　　　　　　#▮▮▮▮ / Date of Birth: ▮▮▮▮ 1969 / Date of Appointment: 29 Jul
　　　　　　　　　2002 / Assigned to District 019

DATE/ LOCATION
OF RELIEF OF POWERS:　15 Apr 2016/3510 S. Michigan (B.I.A. Offices)

NOTIFICATIONS:　Lt Jon RECKARD Star #348 – Bureau of Internal Affairs
　　　　　　　　　Deputy Chief Kevin NAVARRO, Area South
　　　　　　　　　Commander Robert CESARIO, 019th District

SUMMARY:

The Reporting Sergeant was informed by Commander Brendan DEENIHAN Star #449 of this command that the accused were to be ordered to the Bureau of Internal Affairs Offices to be relieved of their police powers pending investigation of the listed Log number. This was at the direction of Superintendent Eddie JOHNSON.

Both Officers were notified by their respective chains of command and complied with the order, accompanied by Supervisors.

Officer OKEEFE arrived at the B.I.A. offices at 1820hours accompanied by Sgt Cassandra WILLIAMS #1154. The purpose of the visit to Internal Affairs was explained to Officer OKEEFE and he was presented with his Notification of Duty Restrictions and related paperwork by the undersigned.

Officer OKEEFE acknowledged that he was no longer able to carry a firearm. Officer OKEEFE indicated he has upcoming court dates and was informed of the procedure to cover any pending dates he may have overlooked. The Accused Officer turned over his Star, Hat Shield #18418 and his Police Identification card. He was given an Equipment Transaction Receipt for the surrendered property. Officer OKEEFE related that he was scheduled to work 16-17 Apr 2016 and was given the option to take compensatory time for those days or to be reassigned on today's date and to report to his newly assigned unit 16 Apr 2016. Officer OKEEFE related, in the presence of Sgt WILLIAMS, that he opted to take compensatory time for 16-17 Apr 2016.

The Officer was instructed that he was to report back to the B.I.A. offices 18 Apr 2016 at 1100hrs

Confidential - Subject to Protective Order Entered in 14 C 9042　　　　　　　　　CITY-AS-023497

Bureau of Internal Affairs  15 Apr 2016
Area South Investigations  Log #1078961

to be reassigned and to obtain a Temporary Identification Card from Human Resources. Officer OKEEFE was given paperwork for the Employee Assistance Program.

Officer WRIGLEY arrived at the B.I.A. offices at 2110hours accompanied by Sgt Angel PEREZ #1503. The purpose of the visit to Internal Affairs was explained to Officer WRIGLEY and he was presented with his Notification of Duty Restrictions and related paperwork by the undersigned.

Officer WRIGLEY acknowledged that he was no longer able to carry a firearm. Officer WRIGLEY indicated he has upcoming court dates and was informed of the procedure to cover any pending dates he may have overlooked. The Accused Officer turned over his Star, Hat Shield #7179 and his Police Identification card. He was given an Equipment Transaction Receipt for the surrendered property.

The Officer was instructed that he was to report back to the B.I.A. offices 18 Apr 2016 at 1130hrs to be reassigned and to obtain a Temporary Identification Card from Human Resources. Officer WRIGLEY was given paperwork for the Employee Assistance Program.

Lieutenant Jon RECKARD #348
Bureau of Internal Affairs

Sergeant James FIEDLER #1989
Bureau of Internal Affairs

Confidential - Subject to Protective Order Entered in 14 C 9042    CITY-AS-023498