# Exhibit 7

**(Submitted via mailed USB)**