# Exhibit 10

**(Submitted via mailed USB)**