# Exhibit 13

Internal Affairs Records Section

SIMMONS v. CITY 14 C 9042
Employee Complaint History from CRMS
Incident date:
01-Jan-2000    to    27-Feb-2017

27 Feb 2017

**HOMER, JUSTIN**   Emp#: [redacted]   Unit: 311   Date of Appointment: 05-Dec-2005

| Number | Initial Complaint Category | | Final Complaint Category | | Incident Date | Complaint Date | Closed Date | Final Finding | Final Penalty |
|---|---|---|---|---|---|---|---|---|---|
| 1007054 | 05A | ARRESTEE - DURING ARREST | 05A | ARRESTEE - DURING ARREST | 26-Jun-2007 | 28-Jun-2007 | 17-Nov-2008 | NS | 600 |
| 1008813 | 04E | PRISONER'S PROPERTY - INVENTORY/RECEIPT | 04E | PRISONER'S PROPERTY - INVENTORY/RE | 28-Aug-2007 | 29-Aug-2007 | 31-Jan-2008 | NA | 600 |
| 1009254 | 04E | PRISONER'S PROPERTY - INVENTORY/RECEIPT | 04E | PRISONER'S PROPERTY - INVENTORY/RE | 28-Aug-2007 | 13-Sep-2007 | 12-Mar-2008 | NA | 600 |
| 1014623 | 03G | MISCELLANEOUS | 03G | MISCELLANEOUS | 01-Mar-2008 | 06-Mar-2008 | 09-Sep-2008 | NS | 600 |
| 1015351 | 10U | INADEQUATE/FAILURE TO PROVIDE SERVICE | 10U | INADEQUATE/FAILURE TO PROVIDE SER | 27-Mar-2008 | 30-Mar-2008 | 28-Jul-2008 | NA | 600 |
| 1016609 | 10D | COMMUNICATION OPERATIONS PROCEDURES | 10D | COMMUNICATION OPERATIONS PROC | 16-May-2008 | 16-May-2008 | 29-Sep-2008 | NA | 600 |
| 1017715 | 05A | ARRESTEE - DURING ARREST | 05A | ARRESTEE - DURING ARREST | 26-Jun-2008 | 27-Jun-2008 | 05-Nov-2008 | UN | 600 |
| 1031370 | 03D | ILLEGAL ARREST | 03D | ILLEGAL ARREST | 20-Nov-2009 | 28-Oct-2009 | 18-Dec-2009 | NA | 600 |
| 1032553 | 03G | MISCELLANEOUS | 03G | MISCELLANEOUS | 09-Dec-2009 | 15-Dec-2009 | 04-Mar-2010 | NA | 600 |
| 1033476 | 08K | DAMAGE/TRESPASSING PROPERTY | 08K | DAMAGE/TRESPASSING PROPERTY | 26-Jan-2010 | 27-Jan-2010 | 08-Apr-2010 | NA | 600 |
| 1036416 | 10P | MISUSE OF DEPARTMENT EQUIPMENT/SUPPLIES | 10P | MISUSE OF DEPARTMENT EQUIPMENT/SU | 14-May-2010 | 19-May-2010 | 30-Aug-2010 | UN | 600 |
| 1040836 | 03G | MISCELLANEOUS | 10Z | MISCELLANEOUS | 20-Oct-2010 | 21-Oct-2010 | 08-Feb-2011 | NA | 600 |
| 1042020 | 10U | INADEQUATE/FAILURE TO PROVIDE SERVICE | 10U | INADEQUATE/FAILURE TO PROVIDE SER | 11-Dec-2010 | 11-Dec-2010 | 14-Mar-2011 | NA | 600 |
| 1042572 | 05A | ARRESTEE - DURING ARREST | 05A | ARRESTEE - DURING ARREST | 08-Jan-2011 | 09-Jan-2011 | 26-Apr-2011 | NA | 600 |
| 1045498 | 05A | ARRESTEE - DURING ARREST | 05B | ARRESTEE - AFTER ARREST, PRIOR TO L | 09-May-2011 | 18-May-2011 | 30-Nov-2011 | NS | 600 |
| 1054849 | 09J | MISCELLANEOUS | 09J | MISCELLANEOUS | 17-Jun-2012 | 18-Jun-2012 | 14-Dec-2012 | UN | 600 |
| 1055820 | 06J | MISCELLANEOUS | 06J | MISCELLANEOUS | 16-Jul-2012 | 25-Jul-2012 | 12-Jul-2013 | NA | 600 |
| 1057658 | 03D | ILLEGAL ARREST | 03D | ILLEGAL ARREST | 27-Jun-2012 | 09-Oct-2012 | 18-Mar-2013 | UN | 600 |
| 1060859 | 03G | MISCELLANEOUS | 03G | MISCELLANEOUS | 19-Mar-2013 | 20-Mar-2013 | 26-Apr-2013 | NA | 600 |
| 1062696 | 03D | ILLEGAL ARREST | 03D | ILLEGAL ARREST | 03-Jun-2013 | 05-Jun-2013 | 09-Jul-2013 | NA | 600 |
| 1063292 | 03G | MISCELLANEOUS | 03G | MISCELLANEOUS | 03-Jul-2013 | 04-Jul-2013 | 12-Sep-2013 | NA | 600 |
| 1066296 | 05A | ARRESTEE - DURING ARREST | 05A | ARRESTEE - DURING ARREST | 25-Nov-2013 | 26-Nov-2013 | 25-Aug-2016 | NS | 600 |
| 1067362 | | | | | 03-Feb-2014 | 06-Feb-2014 | | | |
| 1068086 | 10U | INADEQUATE/FAILURE TO PROVIDE SERVICE | 10U | INADEQUATE/FAILURE TO PROVIDE SER | 06-Mar-2014 | 19-Mar-2014 | 11-Sep-2014 | NA | 600 |
| 1072910 | 05Q | CIVIL SUIT - THIRD PARTY | 05Q | CIVIL SUIT - THIRD PARTY | 29-Aug-2014 | 10-Dec-2014 | 03-Sep-2015 | NA | 600 |
| 1072907 | 03C | SEARCH OF PREMISE/VEHICLE WITHOUT WARRAN | 03C | SEARCH OF PREMISE/VEHICLE WITHOU | 09-Dec-2014 | 10-Dec-2014 | 10-Feb-2015 | NA | 600 |
| 1073850 | 03D | ILLEGAL ARREST | 03D | ILLEGAL ARREST | 19-Feb-2015 | 19-Feb-2015 | 07-May-2015 | NA | 600 |

PM

Confidential - Subject to Protective Order Entered in 14 C 9042       CITY-AS-018166

**Internal Affairs**
**Records Section**

## SIMMONS v. CITY 14 C 9042
### Employee Complaint History from CRMS
### Incident date:
**01-Jan-2000 to 27-Feb-2017**

| | | | | | |
|---|---|---|---|---|---|
| 1077869 | 03C | SEARCH OF PREMISE/VEHICLE WITHOU | 30-Oct-2015 | 02-Nov-2015 | NA | 600 |
| 1078961 | 03C | SEARCH OF PREMISE/VEHICLE WITHOU | 18-Nov-2013 | 21-Jan-2016 | NA | 600 |
| 1079010 | 07A | MISCONDUCT DURING ISSUANCE OF CI | 25-Jan-2016 | 26-Jan-2016 | 04-May-2016 | 600 |
| 1080515 | 07A | MISCONDUCT DURING ISSUANCE OF CI | 18-Nov-2013 | 13-May-2016 | | |

*Total* 31

**27 Feb 2017**
PM

Confidential - Subject to Protective Order Entered in 14 C 9042    CITY-AS-018167

Internal Affairs
Records Section

**SIMMONS v. CITY 14 C 9042**
**Employee Complaint History from CRMS**
**Incident date:**
**01-Jan-2000 to 27-Feb-2017**

27 Feb 2017

OKEEFE, JOHN        Emp#: ▇        Unit: 376        Date of Appointment: 28-Oct-2002

| Number | Initial Complaint Category | | Final Complaint Category | | Incident Date | Complaint Date | Closed Date | Final Finding | Final Penalty |
|---|---|---|---|---|---|---|---|---|---|
| 290804 | 05H | MISCELLANEOUS | 05H | MISCELLANEOUS | 12-Jul-2003 | 12-Jul-2003 | 13-Jan-2004 | UN | 600 |
| 293538 | 03C | SEARCH OF PREMISE/VEHICLE WITHOUT WARRANT | 03C | SEARCH OF PREMISE/VEHICLE WITHOU | 30-Oct-2003 | 03-Nov-2003 | 19-May-2004 | NS | 600 |
| 294935 | 01B | RACIAL/ETHNIC, ETC. | 01B | RACIAL/ETHNIC, ETC. | 17-Dec-2003 | 06-Jan-2004 | 03-Sep-2004 | NS | 600 |
| 301810 | 03C | SEARCH OF PREMISE/VEHICLE WITHOUT WARRAN | 03C | SEARCH OF PREMISE/VEHICLE WITHOU | 06-Nov-2004 | 06-Nov-2004 | 22-Apr-2005 | UN | 600 |
| 306997 | 03C | SEARCH OF PREMISE/VEHICLE WITHOUT WARRAN | 03C | SEARCH OF PREMISE/VEHICLE WITHOU | 14-Jul-2005 | 14-Jul-2005 | 10-Feb-2006 | UN | 600 |
| 310758 | 10J | NEGLECT OF DUTY/CONDUCT UNBECOMING - ON D | 10J | NEGLECT OF DUTY/CONDUCT UNBECON | 11-Jan-2006 | 21-Jan-2006 | 12-Jun-2006 | UN | 600 |
| 1001458 | 05Q | CIVIL SUIT - THIRD PARTY | 05Q | CIVIL SUIT - THIRD PARTY | 29-Aug-2006 | 20-Nov-2006 | 03-May-2007 | UN | 600 |
| 1007708 | 10Z | MISCELLANEOUS | 10Z | MISCELLANEOUS | 18-Jul-2007 | 20-Jul-2007 | 26-Sep-2007 | NA | 600 |
| 1008801 | 03D | ILLEGAL ARREST | 03D | ILLEGAL ARREST | 25-Apr-2006 | 29-Aug-2007 | 02-Apr-2008 | NA | 600 |
| 1009729 | 03G | MISCELLANEOUS | 03G | MISCELLANEOUS | 30-Sep-2007 | 30-Sep-2007 | 31-Mar-2008 | NS | 600 |
| 1011056 | 04J | MISCELLANEOUS | 10Z | MISCELLANEOUS | 20-Oct-2007 | 19-Nov-2007 | 12-Mar-2008 | NA | 600 |
| 1022907 | 03D | ILLEGAL ARREST | 03D | ILLEGAL ARREST | 02-Nov-2007 | 06-Jan-2009 | 23-Jun-2009 | NA | 600 |
| 1023430 | 05A | ARRESTEE - DURING ARREST | 05A | ARRESTEE - DURING ARREST | 27-Jan-2009 | 28-Jan-2009 | 04-Oct-2011 | NS | 600 |
| 1025292 | 03C | SEARCH OF PREMISE/VEHICLE WITHOUT WARRAN | 03C | SEARCH OF PREMISE/VEHICLE WITHOU | 03-Apr-2009 | 06-Apr-2009 | 05-Aug-2009 | NA | 600 |
| 1031789 | 03C | SEARCH OF PREMISE/VEHICLE WITHOUT WARRAN | 03C | SEARCH OF PREMISE/VEHICLE WITHOU | 06-Nov-2009 | 12-Nov-2009 | 21-Jan-2010 | NA | 600 |
| 1031991 | 08K | DAMAGE/TRESPASSING PROPERTY | 08K | DAMAGE/TRESPASSING PROPERTY | 19-Nov-2009 | 20-Nov-2009 | 21-Jan-2010 | NA | 600 |
| 1032553 | 03G | MISCELLANEOUS | 03G | MISCELLANEOUS | 09-Dec-2009 | 15-Dec-2009 | 04-Mar-2010 | NA | 600 |
| 1033184 | 03G | MISCELLANEOUS | 03G | MISCELLANEOUS | 14-Jan-2010 | 14-Jan-2010 | 08-Mar-2010 | NA | 600 |
| 1035472 | 04D | SEARCH, PERSON/PROPERTY | 04D | SEARCH, PERSON/PROPERTY | 15-Apr-2010 | 15-Apr-2010 | 16-Jun-2010 | NA | 600 |
| 1036202 | 03G | MISCELLANEOUS | 03G | MISCELLANEOUS | 11-May-2010 | 11-May-2010 | 02-Aug-2010 | NA | 600 |
| 1045609 | 03G | MISCELLANEOUS | 03G | MISCELLANEOUS | 22-May-2011 | 23-May-2011 | 02-Feb-2012 | NA | 600 |
| 1047402 | 03C | SEARCH OF PREMISE/VEHICLE WITHOUT WARRAN | 03C | SEARCH OF PREMISE/VEHICLE WITHOU | 16-Jun-2011 | 02-Aug-2011 | 12-Oct-2012 | NS | 600 |
| 1048051 | 03C | SEARCH OF PREMISE/VEHICLE WITHOUT WARRAN | 03C | SEARCH OF PREMISE/VEHICLE WITHOU | 27-Aug-2011 | 28-Aug-2011 | 07-Sep-2012 | NA | 600 |
| 1053203 | 03G | MISCELLANEOUS | 03G | MISCELLANEOUS | 10-Apr-2012 | 10-Apr-2012 | 13-Sep-2012 | NA | 600 |
| 1056113 | 05B | ARRESTEE - AFTER ARREST, PRIOR TO LOCKUP | 05N | WEAPON - UNNECESSARY DISPLAY OF | 26-Jun-2012 | 06-Aug-2012 | 26-Aug-2015 | NS | 600 |
| 1057658 | 03D | ILLEGAL ARREST | 03D | ILLEGAL ARREST | 27-Jun-2012 | 09-Oct-2012 | 18-Mar-2013 | UN | 600 |
| 1057727 | 03D | ILLEGAL ARREST | 03D | ILLEGAL ARREST | 22-Aug-2012 | 12-Oct-2012 | 20-Nov-2012 | NA | 600 |

PM

Confidential - Subject to Protective Order Entered in 14 C 9042        CITY-AS-018171

Internal Affairs
Records Section

27 Feb 2017

# SIMMONS v. CITY 14 C 9042
## Employee Complaint History from CRMS
Incident date: 01-Jan-2000 to 27-Feb-2017

| CR No. | Code | Category | Incident Date | Closed Date | Finding | Penalty |
|---|---|---|---|---|---|---|
| 1072910 | 05Q | CIVIL SUIT - THIRD PARTY | 29-Aug-2014 | 10-Dec-2014 | 03-Sep-2015 | NA | 600 |
| 1073165 | 03G | MISCELLANEOUS | 30-Dec-2014 | 30-Dec-2014 | 13-Feb-2015 | NA | 600 |
| 1079344 | 03D | ILLEGAL ARREST | 26-Oct-2014 | 22-Feb-2016 | 30-Mar-2016 | NA | 600 |
| 1080515 | | | 18-Nov-2013 | 13-May-2016 | | | |

Total 31

PM

Confidential - Subject to Protective Order Entered in 14 C 9042

CITY-AS-018172

**Internal Affairs**
**Records Section**

## SIMMONS v. CITY 14 C 9042
### Employee Complaint History from CRMS
### Incident date:
### 01-Jan-2000 to 27-Feb-2017

**27 Feb 2017**

| Number | Initial Complaint Category | | Final Complaint Category | | Incident Date | Complaint Date | Closed Date | Final Finding | Final Penalty |
|---|---|---|---|---|---|---|---|---|---|

**WRIGLEY, JOHN**   Emp#: ▬   Unit: 376   Date of Appointment: 29-Jul-2002

| Number | Initial Complaint Category | | Final Complaint Category | | Incident Date | Complaint Date | Closed Date | Final Finding | Final Penalty |
|---|---|---|---|---|---|---|---|---|---|
| 291348 | 10T | REPORTS - FAILED TO SUBMIT/IMPROPER | 10T | REPORTS - FAILED TO SUBMIT/IMPROPE | 04-Aug-2003 | 04-Aug-2003 | 17-Feb-2004 | EX | 600 |
| 303043 | 10V | INVENTORY PROCEDURES | 10V | INVENTORY PROCEDURES | 30-Nov-2004 | 10-Jan-2005 | 29-Apr-2005 | UN | 600 |
| 306997 | 03C | SEARCH OF PREMISE/VEHICLE WITHOUT WARRAN | 03C | SEARCH OF PREMISE/VEHICLE WITHOU | 14-Jul-2005 | 14-Jul-2005 | 10-Feb-2006 | UN | 600 |
| 1001185 | 09J | MISCELLANEOUS | 09J | MISCELLANEOUS | 10-Nov-2006 | 10-Nov-2006 | 31-Jul-2007 | SU | 001 |
| 1005749 | 10J | NEGLECT OF DUTY/CONDUCT UNBECOMING - ON D | 10J | NEGLECT OF DUTY/CONDUCT UNBECOM | 05-Feb-2007 | 15-May-2007 | 26-Jan-2009 | SU | 005 |
| 1012966 | 03G | MISCELLANEOUS | 03D | ILLEGAL ARREST | 27-Dec-2007 | 28-Dec-2007 | 13-May-2008 | NA | 600 |
| 1018642 | 03C | SEARCH OF PREMISE/VEHICLE WITHOUT WARRAN | 03C | SEARCH OF PREMISE/VEHICLE WITHOU | 27-Jul-2008 | 30-Jul-2008 | 17-Nov-2008 | NS | 600 |
| 1035242 | 03C | SEARCH OF PREMISE/VEHICLE WITHOUT WARRAN | 04J | MISCELLANEOUS | 06-Apr-2010 | 08-Apr-2010 | 01-Mar-2011 | NS | 600 |
| 1035556 | 03D | ILLEGAL ARREST | 03D | ILLEGAL ARREST | 15-Apr-2010 | 19-Apr-2010 | 26-Jul-2010 | NA | 600 |
| 1038651 | 03C | SEARCH OF PREMISE/VEHICLE WITHOUT WARRAN | 03C | SEARCH OF PREMISE/VEHICLE WITHOU | 05-Aug-2010 | 05-Aug-2010 | 10-Nov-2010 | NA | 600 |
| 1039676 | 05N | WEAPON - UNNECESSARY DISPLAY OF | 03C | SEARCH OF PREMISE/VEHICLE WITHOU | 09-Sep-2010 | 09-Sep-2010 | 17-Feb-2012 | NS | 600 |
| 1045609 | 03G | MISCELLANEOUS | 03G | MISCELLANEOUS | 22-May-2011 | 23-May-2011 | 02-Feb-2012 | NS | 600 |
| 1047402 | 03C | SEARCH OF PREMISE/VEHICLE WITHOUT WARRAN | 03C | SEARCH OF PREMISE/VEHICLE WITHOU | 16-Jun-2011 | 02-Aug-2011 | 12-Oct-2012 | NS | 600 |
| 1048051 | 03C | SEARCH OF PREMISE/VEHICLE WITHOUT WARRAN | 03C | SEARCH OF PREMISE/VEHICLE WITHOU | 27-Aug-2011 | 28-Aug-2011 | 07-Sep-2012 | NA | 600 |
| 1049687 | 05A | ARRESTEE - DURING ARREST | 05A | ARRESTEE - DURING ARREST | 30-Oct-2011 | 31-Oct-2011 | 06-Dec-2012 | NS | 600 |
| 1051448 | 05K | DOMESTIC ALTERCATION/INCIDENT - OFF DUTY | 05K | DOMESTIC ALTERCATION/INCIDENT - O | 25-Jan-2012 | 25-Jan-2012 | 06-Oct-2015 | UN | 600 |
| 1056113 | 05B | ARRESTEE - AFTER ARREST, PRIOR TO LOCKUP | 05N | WEAPON - UNNECESSARY DISPLAY OF | 26-Jun-2012 | 06-Aug-2012 | 26-Aug-2015 | NS | 600 |
| 1057658 | 03D | ILLEGAL ARREST | 03D | ILLEGAL ARREST | 27-Jun-2012 | 09-Oct-2012 | 18-Mar-2013 | UN | 600 |
| 1071083 | 10U | INADEQUATE/FAILURE TO PROVIDE SERVICE | 10U | INADEQUATE/FAILURE TO PROVIDE SER | 16-Aug-2014 | 19-Aug-2014 | 17-Nov-2014 | NS | 600 |
| 1072910 | 05Q | CIVIL SUIT - THIRD PARTY | 05Q | CIVIL SUIT - THIRD PARTY | 29-Aug-2014 | 10-Dec-2014 | 03-Sep-2015 | NA | 600 |
| 1078961 | | | | | 18-Nov-2013 | 21-Jan-2016 | | | |
| 1080515 | | | | | 18-Nov-2013 | 13-May-2016 | | | |

Total  22

Confidential - Subject to Protective Order Entered in 14 C 9042       CITY-AS-018175