# Exhibit 16

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Maria Valez, et al.
                        Plaintiff,

v.                                                Case No.: 1:13–cv–05626
                                                    Honorable Virginia M. Kendall

Joseph Frugoli, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 1, 2018:

      MINUTE entry before the Honorable Virginia M. Kendall. The Court intends to address the issue that sanctions be imposed based upon Defendants' violation that occurred during trial. Defendant shall file a response to Motion for Sanctions [471] before 2/21/2018. Status hearing set for 2/8/2018 at 9:00 AM to set a hearing date.Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.